# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Tiffany Brown, | Case No.: 1:11-cv-2989 |
| Plaintiffs, | Judge: Honorable Matthew F. Kennelly |
| v. | **NOTICE OF SETTLEMENT** |
| Enhanced Recovery Company, LLC, | |
| Defendant. | |

Plaintiffs, by and through counsel, give Notice that the parties in the above-captioned matter reached a settlement. Plaintiff expects to be in a position to file a Notice of Dismissal with prejudice within 30 days.

RESPECTFULLY SUBMITTED,

Legal Helpers, P.C.

By: */s/ Jeffrey S. Hyslip*
Jeffrey S. Hyslip
Attorney for Plaintiffs
Legal Helpers, P.C.
233 S. Wacker Dr.
Suite 5150
Chicago, IL 60606
Telephone: 1.866.339.1156
jsh@legalhelpers.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 6, 2011, I electronically filed the foregoing Notice.

Service of this filing was made by placing a copy of the same in the U.S. Mail on June 6, 2011, addressed to the following:

Enhanced Recovery Company, LLC
8014 Bayberry Rd.
Jacksonville, FL 32256

                                                  /s/ Jeffrey Hyslip