# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Tiffany Brown, | Case No.: 1:11-cv-2989 |
| Plaintiffs, | Judge: Honorable Matthew F. Kennelly |
| v. | **NOTICE OF DISMISSAL WITH PREJUDICE** |
| Enhanced Recovery Company, LLC, | |
| Defendant. | |

Now comes Plaintiff, through counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses the present action with prejudice. This notice is being filed before Defendant has served an answer and therefore is appropriate for dismissal absent stipulation by all parties.

RESPECTFULLY SUBMITTED,

Legal Helpers, P.C.

By: */s/ Jeffrey S. Hyslip*
 Jeffrey S. Hyslip
 Attorney for Plaintiffs
 Legal Helpers, P.C.
 233 S. Wacker Dr.
 Suite 5150
 Chicago, IL 60606
 Telephone: 1.866.339.1156
 jsh@legalhelpers.com

1

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 7, 2011, I electronically filed the foregoing Notice. Service of this filing was made by placing a copy of the same in the U.S. Mail on July 7, 2011, addressed to the following:

Enhanced Recovery Company, LLC
8014 Bayberry Rd.
Jacksonville, FL 32256


      /s/ Jeffrey Hyslip