# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2
### Eastern Division

Tiffany Brown

                      Plaintiff,

v.                                                    Case No.: 1:11−cv−02989
                                                       Honorable Matthew F. Kennelly

Enhanced Recovery Company, LLC

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, July 8, 2011:

      MINUTE entry before Honorable Matthew F. Kennelly: The case is voluntarily dismissed with prejudice pursuant to the notice filed by plaintiff. The status hearing set for 7/12/2011 is vacated. Civil case terminated. (or, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.